# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

December 17, 2009

## Before

FRANK H. EASTERBROOK, *Chief Judge*

JOHN L. COFFEY, *Circuit Judge*

JOEL M. FLAUM, *Circuit Judge*

No. 09-3213

UNITED STATES OF AMERICA,
    *Plaintiff-Appellee*,

**v.**

WILLIAM L. CURTIS,
    *Defendant-Appellant.*

Appeal from the United
States District Court for the
Southern District of Illinois.

No. 99 CR 40026-JPG
J. Phil Gilbert, *Judge*.

## Order

The order in this case issued on December 14, 2009, is amended as follows:

Page 2, first paragraph, third line from bottom: "since the Curtis's sentencing" should read "since Curtis's sentencing".